# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUNA BAKER,<br><br>Plaintiff,<br><br>v.<br><br>GROWTH CAVE, LLC, THREAD BANK, FINMKT, INC., FUND MY CONTRACT, LLC, GNOSIS LABS, INC. DBA WIZEBANK NA AKA ELECTIVE, UNIVERSAL FINANCE, INC. DBA UGA FINANCE, LUCAS LEE-TYSON, AND OSMANY BATTE AKA "OZZIE BLESSED,"<br><br>Defendant(s). | Case No.: 2:24-cv-01770 SB (PDx)<br><br>[PROPOSED] ORDER<br><br>HON. STANLEY BLUMENFELD, JR |

Based upon Plaintiff SHAUNA BAKER's Voluntary Dismissal of Defendant UNIVERSAL FINANCE, INC. DBA UGA FINANCE and good cause, this Court hereby orders UNIVERSAL FINANCE, INC. DBA UGA FINANCE is dismissed without prejudice.

IT IS SO ORDERED.

Dated: _____     _____
HON. STANLEY BLUMENFELD, JR
UNITED STATES DISTRICT COURT JUDGE