JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUNA BAKER,<br><br>     Plaintiff,<br><br>v.<br><br>GROWTH CAVE, LLC et al.,<br><br>     Defendants. | Case No. 2:24-cv-01770-SB-PD<br><br>ORDER RE NOTICES AND STIPULATION OF DISMISSAL [DKT. NOS. 50, 51, 56, 57, 58, 59] |

     On June 3 and 4, 2024, Plaintiff filed five notices of dismissal pursuant to Federal Rule of Civil Procedure 41(a).  Three of them requested dismissal with prejudice (and without costs or fees) of Plaintiff's claims against Defendants FinMkt, Inc., Gnosis Labs, Inc., Lucas Lee-Tyson, and Osmany Batte.  Dkt. Nos. 50, 51, 58.  Two of them requested dismissal without prejudice of Plaintiff's claims against Defendants Thread Bank and Universal Finance.  Dkt. Nos. 57, 59.  Also on June 4, Defendant Growth Cave, LLC filed a stipulation of dismissal with prejudice of Plaintiff's claims against Growth Cave due to Plaintiff and Growth Cave's agreement to arbitrate the claims.  Dkt. No. 56.

     Pursuant to Rule 41(a)(1)(A) and the parties' filings, Plaintiff's claims against Defendants FinMkt, Inc., Gnosis Labs, Inc., Lucas Lee-Tyson, and Osmany Batte are dismissed with prejudice and without costs or fees, and FinMkt.'s pending motion to dismiss, Dkt. No. 46, is denied as moot.  Plaintiff's claims against Growth Cave are dismissed with prejudice.  Plaintiff's claims against Thread Bank and Universal Finance are dismissed without prejudice.  As no claims remain against any defendants, the Court VACATES the status conference set for June 7, 2024, and directs the clerk to close the case.

Date: June 5, 2024

                                              Stanley Blumenfeld, Jr.
                                             United States District Judge